**Gary R. COMSTOCK, Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 32474.**

Missouri Court of Appeals,
Western District.

March 23, 1982.

James W. Fletcher, Public Defender, and Gary L. Gardner, Asst. Public Defender, Kansas City, for movant-appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, P. J., and MANFORD and KENNEDY, JJ.

ORDER

PER CURIAM:

Appeal from judgment overruling Rule 27.26 motion.

Judgment affirmed. Rule 84.16(b).